**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FEI FEI FAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA ex. rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO,<br><br>　　　　　　　　　　Defendant. | Case No. 3:22-CV-00560-RCJ-CLB<br><br>**ORDER TO FILE AMENDED COMPLAINT** |

On March 22, 2023, the Court granted a stipulation for Plaintiff to file an amended complaint, (ECF No. 15), and directed Plaintiff to do so by no later than Wednesday, April 5, 2023, (ECF No. 16). To date, Plaintiff has failed to file her amended complaint.

Accordingly, the Court will *sua sponte* grant Plaintiff a one-time extension of **14 days** (Thursday, May 18, 2023) to file her amended complaint consistent with Local Rule 15-1(b). Failure to do so will result in a recommendation to dismiss this case for failure to follow the Court's orders.

**IT IS SO ORDERED.**

**DATED:** May 4, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**