# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| From: | Christensen, Deverie J. (Las Vegas) |
| Sent: | Tuesday, June 27, 2023 5:50 PM |
| To: | Cann IP Law PLLC |
| Cc: | Chandler, Kelley (Las Vegas) |
| Subject: | RE: Fan v. NSHE: edited stipulation for filing |

Hi Ryan,

I checked the Court docket and it looks like the Court accepted the filing of plaintiff's first amended complaint. But I haven't received a Waiver of Service with the summons and first amended complaint so that I can sign and return it to you for filing. Will you be sending that to me? If it helps, here is a link to the basic Court form: https://www.uscourts.gov/sites/default/files/ao399.pdf

Thanks, Dev



**Deverie J. Christensen**
Attorney at Law

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2466 | Main: (702) 921-2460
deverie.christensen@jacksonlewis.com | www.jacksonlewis.com

**From:** Cann IP Law PLLC <info@canniplaw.com>
**Sent:** Tuesday, March 21, 2023 4:19 PM
**To:** Christensen, Deverie J. (Las Vegas) <deverie.christensen@jacksonlewis.com>
**Cc:** Chandler, Kelley (Las Vegas) <Kelley.Chandler@jacksonlewis.com>
**Subject:** Re: Fan v. NSHE: edited stipulation for filing

◎ External email >

Hi Deverie,

Thank you. You have my approval to add my esignature and file.

Ryan

On Tue, Mar 21, 2023 at 4:58 PM Christensen, Deverie J. (Las Vegas) <deverie.christensen@jacksonlewis.com> wrote:

> Hi Ryan,
>
> I'm back in the office. I accepted your edits, and I added one clarification sentence to the end of Paragraph 1. Let me know if you are good with this and I can get it filed right away.
>
> Thanks, Deverie

1