Theresa Mains, Esq. (No. 13373)
Theresa@TheresaMainsPA.com
2251 N. Rampart Blvd. #102
Las Vegas, Nevada 89128
954-520-1775 Direct Telephone
*Attorney for Plaintiff Dr. Fei Fei Fan*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Dr. Fei Fei Fan<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Nevada ex. rel. Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Reno<br><br>　　　　Defendants. | Case No.: 3:22-cv-00560-RCJ-CLB |

**ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

　　Notice is hereby given that, subject to the approval by the Court, Plaintiff, Dr. Fei Fei Fan substitutes Theresa Mains, Esq., Nevada Bar No. 13373, located at 2251 N. Rampart Blvd., Suite #102, Las Vegas, Nevada, 89128, and telephone number 954-520-1775, as attorney of record in place and stead of: Ryan J. Cann, Esq., Nevada Bar No. 11073 of CANN IP LAW PLLC.

I consent to the above substitution.

Dated: October 19, 2023　　　　　　　　　*/s/ Fei Fei Fan*
　　　　　　　　　　　　　　　　　　　　(Signature of Party)


I consent to being substituted.

Dated: October 19, 2023　　　　　　　　　*/s/ Ryan J. Cann*
　　　　　　　　　　　　　　　　　　　　Ryan J. Cann, Esq

THERESA MAINS, ESQ.
2251 N. Rampart Blvd. 102
Las Vegas, Nevada 89128

- 1 –

1  I consent to the above substitution.

2  Dated October 19, 2023,                    /s/Theresa Mains, Esq.
3                                             Theresa Mains, Esq.
                                              Nevada Bar No. 13373
4

5

6
   **The Substitution of Attorney is hereby approved and so ORDERED.**
7

8

9

10  Dated:  October  24 , 2023

11
                                              _____
12                                            United States Magistrate Judge