Theresa Mains, Esq. (No. 13373)
Theresa@TheresaMainsPA.com
2251 N. Rampart Blvd. #102
Las Vegas, Nevada 89128
954-520-1775 Direct Telephone
*Attorney for Plaintiff Dr. Fei Fei Fan*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Dr. Fei Fei Fan<br><br>  Plaintiff,<br><br>v.<br><br>State of Nevada ex. rel. Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Reno<br><br>  Defendants. | Case No.: 3:22-cv-00560-RCJ-CLB<br><br>**ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS [ECF 19] (FIRST REQUEST)**

Plaintiff Dr. Fei Fei Fan ("Plaintiff") and Defendant State of Nevada ex. rel. Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Reno ("Defendant") hereby stipulate to a 14 day extension, to November 9, 2023 for Plaintiff to respond to Defendant's Motion to Dismiss.

This is the Parties' first stipulation for extension of time to file a response to the Motion to Dismiss.

On October 12, 2023, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint [ECF19]. A response is due on October 26, 2023.

On October 20, 2023, Plaintiff retained Theresa Mains Law to represent her in this matter. On October 24, 2023, Counsel for Plaintiff filed a Motion and Consent for Substitution of Attorney. On October 23, 2023, Ms. Mains contacted Defense Counsel and inquired if they

will be amenable to an extension. Counsel extended the professional courtesy and agreed to a 14-day extension of time to respond.

The additional time is necessary for new counsel to acclimate to the case matter and prepare a response to the Motion to Dismiss.

Therefore, the Parties stipulate and agree that good cause exists to extend the time for the Plaintiff to respond to Defendant's Motion to Dismiss to November 9, 2023.

Dated: October 25, 2023

*/s/Deverie J. Christensen*
Deverie J. Christensen
Jackson Lewis P.C.
Bank of America Plaza
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
702-921-2460
Fax: 702-921-2461
Email: Deverie.Christensen@jacksonlewis.com

*Counsel for Defendant*

/s/*Theresa Mains*
Theresa Mains, Esq.
THERESA MAINS LAW
2251 N. Rampart Blvd. 102
Las Vegas, Nevada 89128

*Counsel for Plaintiff*

**ORDER**

**IT IS SO ORDERED**.

_____
U.S. DISTRICT COURT JUDGE

Dated: October 26, 2023