Theresa Mains, Esq. (No. 13373)
Theresa@TheresaMainsPA.com
2251 N. Rampart Blvd. #102
Las Vegas, Nevada 89128
954-520-1775 Direct Telephone
*Attorney for Plaintiff Dr. Fei Fei Fan*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Dr. Fei Fei Fan<br><br>    Plaintiff,<br><br>v.<br><br>State of Nevada ex. rel. Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Reno<br><br>    Defendants. | Case No.:  3:22-cv-00560-RCJ-CLB |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41 (a)(1)A)(i) Plaintiff Dr. Fei Fei Fan, by and through her undersigned counsel, files this Notice of Dismissal "before the opposing party serves either an answer or a motion for summary judgment" and therefore voluntarily dismisses this action and all claims *without prejudice*.[1]

Dated: November 8, 2023

*/s/Theresa Mains*
Theresa Mains, Esq.
THERESA MAINS LAW
2251 N. Rampart Blvd. 102
Las Vegas, Nevada 89128

*Counsel for Plaintiff*

---

[1] *Id*.(Emphasis added).